### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**FRANKIE L. MCCANN, JR.**                                                      **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 2:23-cv-00156-TBM-RPM**

**MIKE MOZINGO, et al.**                                                      **DEFENDANTS**

### FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this matter is **DISMISSED** as malicious under 28 U.S.C. § 1915(e)(2)(B)(i). This dismissal is **WITHOUT PREJUDICE** as to Plaintiff Frankie L. McCann, Jr.'s pending lawsuit (No. 2:23-cv-00143-KS-MTP) and **WITH PREJUDICE** in all other respects.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Plaintiff's claims are alternatively **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) because they are barred by the statute of limitations and by *Heck v. Humphrey*, 512 U.S. 477, 114 S. Ct. 2364, 129 L.Ed.2d 383 (1994).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Plaintiff's Motion [13] to Strike and to Suppress Any Confession or Statements is **DENIED AS MOOT**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED,** this the 2nd day of May, 2024.


                          **TAYLOR B. McNEEL**
                          **UNITED STATES DISTRICT JUDGE**